January 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KIMBERLY MITCHELL, Appellant

NO. 14-14-00928-CV                    V.

CHASE BANK, TARAD RASHAWN BESSARD, TANYA JOHNSON,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order purportedly signed by the court below on November 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kimberly Mitchell.

We further order this decision certified below for observance.